THE STATE EX REL. DUBOISE, APPELLANT, *v.* INDUSTRIAL COMMISSION OF OHIO, APPELLEE.

[Cite as *State ex rel. Duboise v. Indus. Comm.* (1998), 83 Ohio St.3d 121.]

(No. 96–2750—Submitted July 15, 1998—Decided September 16, 1998.)

*Stewart Jaffy & Associates Co., L.P.A., Stewart R. Jaffy* and *Marc J. Jaffy; Pavick & Pavick* and *Dean G. Pavick,* for appellant.

*Betty D. Montgomery,* Attorney General, and *Jonathan A. Good,* Assistant Attorney General, for appellee.

The judgment of the court of appeals is affirmed consistent with the opinion of the court of appeals.

MOYER, C.J., PFEIFER, COOK and LUNDBERG STRATTON, JJ., concur.

DOUGLAS and F.E. SWEENEY, JJ., dissent.

RESNICK, J., dissents.

ALICE ROBIE RESNICK, J., dissenting. I would reverse the judgment of the court of appeals.